## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

| | |
|---|---|
| **PHC INDUSTRIAL, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**RICHARD P. MONAHAN, KRISTIN MONAHAN, and COAST TO COAST CONSULTING & CONTRACTING LLC,**<br><br>    **Defendants.** | Case No. 4:19-CV-00019 |

## NOTICE OF SETTLEMENT

Plaintiff PHC Industrial, LLC ("PHCI"), through counsel, hereby notifies the Court pursuant to the Rule 16(b) Order [D.E. 20] that PHCI and Defendant Coast to Coast Consulting and Contracting, Inc. ("Coast to Coast") have reached a settlement. As a material term of the settlement, Defendant Coast to Coast will execute the proposed consent judgment contemplated under the previous Notice of Settlement [D.E. 45]. PHCI will submit the consent judgment for consideration and adjudication by the Court pursuant to a separate motion.

Respectfully submitted this 25th day of November, 2019.

**PHC INDUSTRIAL, LLC**

By: /s/ John S. Buford
John S. Buford (VSB No. 89041)
jbuford@hancockdaniel.com
Lindsay L. Rollins (VSB No. 86362)
lrollins@hancockdaniel.com
Hancock, Daniel, & Johnson, P.C.
4701 Cox Road
Suite 400
Glen Allen, VA 23060
Tel:   804-967-9604
Fax:   804-967-9888

D. Beth Langley
NCSB No. 19117
blangley@brookspierce.com
H. Arthur Bolick, II
NCSB No. 20866
abolick@brookspierce.com
BROOKS, PIERCE, McLENDON,
   HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Tel:   336.373.8850
Fax:   336.378.1001
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties by email and by depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed to the following:

Richard P. Monahan
Kristin Monahan
Coast to Coast Consulting & Contracting, Inc.
27 Wornom Farm Road
Poquoson, Virginia 23662
*Pro Se Defendants*

This the 25th day of November, 2019.

/s/ John S. Buford
John S. Buford (VSB No. 89041)
jbuford@hancockdaniel.com
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel:  804-967-9604
Fax:  804-967-9888
*Attorney for Plaintiff*