**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| **PHC INDUSTRIAL, LLC,** | |
| **Plaintiff,** | |
| **v.** | Case No. 4:19-CV-00019 |
| **RICHARD P. MONAHAN, KRISTIN MONAHAN, and COAST TO COAST CONSULTING & CONTRACTING LLC,** | |
| **Defendants.** | |

## MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff PHC Industrial, LLC ("PHCI"), through counsel, hereby moves the Court to approve the Consent Judgment attached hereto as Exhibit A. The proposed Consent Judgment is the result of a settlement reached between PHCI and Defendants, and bears the signatures of the individual Defendants as well as authorized agents of PHCI and Defendant Coast to Coast Consulting & Contracting, Inc.

WHEREFORE, Plaintiff PHCI prays the Court enter the attached Consent Judgment and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 25th day of November, 2019.

**PHC INDUSTRIAL, LLC**

By: /s/ John S. Buford
John S. Buford (VSB No. 89041)
jbuford@hancockdaniel.com
Lindsay L. Rollins (VSB No. 86362)
lrollins@hancockdaniel.com
Hancock, Daniel, & Johnson, P.C.
4701 Cox Road
Suite 400
Glen Allen, VA 23060
Tel:   804-967-9604
Fax:   804-967-9888

D. Beth Langley
NCSB No. 19117
blangley@brookspierce.com
H. Arthur Bolick, II
NCSB No. 20866
abolick@brookspierce.com
BROOKS, PIERCE, McLENDON,
    HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Tel:   336.373.8850
Fax:   336.378.1001
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties by email and by depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed to the following:

Richard P. Monahan
Kristin Monahan
Coast to Coast Consulting & Contracting, Inc.
27 Wornom Farm Road
Poquoson, Virginia 23662
*Pro Se Defendants*

This the 25th day of November, 2019.

/s/ John S. Buford
John S. Buford (VSB No. 89041)
jbuford@hancockdaniel.com
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel:   804-967-9604
Fax:   804-967-9888
*Attorney for Plaintiff*